UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BOGDANA DUTKEVICH and<br>EUGENE DUTKEVICH<br><br>    Plaintiffs,<br><br>  v.<br><br>SAM'S EAST, INC. d/b/a<br>SAM'S CLUB<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 3:18-CV-126-RLM-MGG<br>)<br>)<br>)<br>)<br>)<br>) |

## OPINION AND ORDER

Pursuant to parties' stipulated motion to dismiss [Doc. No. 20], filed by defendant and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:   December 20, 2018

                                                      /s/ Robert L. Miller, Jr.
                                                      Judge, United States District Court